# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DRL ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-08384 |
| ) | |
| NORTH ATLANTIC OPERATING ) | Hon. Ruben Castillo |
| COMPANY, INC., NORTH ATLANTIC ) | |
| TRADING COMPANY, INC. and ) | |
| NATIONAL TOBACCO COMPANY, L.P., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT

Plaintiff DRL Enterprises, Inc., and Defendants North Atlantic Operating Company, Inc., North Atlantic Trading Company, Inc., and National Tobacco Company, L.P., pursuant to the terms of a settlement agreement, jointly move this Court for the entry of the Stipulated Final Judgment attached hereto as Exhibit A.

**WHEREFORE**, the parties respectfully request the entry of Stipulated Final Judgment.

| | |
|---|---|
| Plaintiff DRL Enterprises, Inc. | Defendants North Atlantic Operating Company, Inc., North Atlantic Trading Company and National Tobacco Company, L.P. |
| By: /s/Antony J. McShane<br>One of its Attorneys | By: /s/ Richard S. Mandel<br>One of Their Attorneys |
| Anthony J. McShane (ARDC# 6190332)<br>Michael Kelber (ARDC# 6231033)<br>Katherine Dennis Nye (ARDC# 6300440)<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 1700<br>Chicago, Illinois 60602<br>Telephone: (312) 269-8000<br>Facsimile: (312) 269-1747 | Richard S. Mandel (admitted *pro hac vice*)<br>Jonathan Z. King (admitted *pro hac vice*)<br>Midge M. Hyman (admitted *pro hac vice*)<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street<br>New York, New York 10036<br>Telephone: (212) 790-9200<br>Facsimile: (212) 575-0671 |

Patricia S. Smart (ARDC# 3122516)
SMART & BOSTJANCICH
53 West Jackson Boulevard, Suite 432
Chicago, Illinois 60604
Telephone: (312) 857-2424

Dated:  April 25, 2018	Dated: April 24, 2018

## CERTIFICATE OF SERVICE

      I, Antony J. McShane, an attorney, state that I served a copy of the foregoing *Joint Motion for Entry of Stipulated Final Judgment* upon all counsel of record by the ECF system.


Dated: April 25, 2018                               /s/ Antony J. McShane
                                                                      Antony J. McShane


27825698.2
27825698.3